MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Christopher Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS CALDWELL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ELON MUSK, et al.,<br><br>　　　　　Defendants. | Case 3:24-cv-02022-MMC<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:　April 3, 2024 |

1     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant X Corp., through its counsel, certifies that it is wholly owned by X Holdings Corp., a privately held corporation. No publicly held corporation owns 10% or more of X Corp.'s stock.

    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2024

MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Christopher Boran*
    Christopher Boran (admitted *pro hac vice*)
    Eric Meckley
    Jeremy Blumenfeld (admitted *pro hac vice*)
    Abbey Glenn
    Brian Sullivan (admitted *pro hac vice*)

*Attorneys for Defendants*