DAVID A. LOWE (SBN: 178811)
Email: dal@rezlaw.com
ZOË R. DEGEER (SBN: 298698)
Email: zrd@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff
Nicholas Caldwell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS CALDWELL,<br><br>   Plaintiff,<br><br>vs.<br><br>ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; DHRUV BATURA; and DOES 1-20, inclusive,<br><br>   Defendants.<br>_____ / | Case No. 3:24-cv-02022-MMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11**<br><br>Hon. Maxine M. Chesney<br><br>Complaint Filed: April 3, 2024 |

Pursuant to Civil Local Rules 3-12(b) and 7-11, Plaintiff Nicholas Caldwell files this Administrative Motion to Consider Whether Cases Should be Related. Mr. Caldwell submits that the action entitled *Robert Kaiden v. Elon Musk, et al.*, Case No. 4:24-cv-03554-YGR is related to the instant action, *Nicholas Caldwell v. Elon Musk, et al.*, Case No. 3:24-cv-02022-MMC. *See* Declaration of David A. Lowe ("Lowe Decl.") in Support of Administrative Motion to Consider Whether Cases Should be Related, Ex. 1 (copy of the Complaint in the *Caldwell* action); *id.*, Ex. 2 (copy of Complaint in the *Kaiden* action).

Local Rule 3-12(a) states that "Related Cases" are defined as: (1) "The actions concern substantially the same parties, property, transaction, or event;" and (2) "It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." These elements are met here; the parties agree and stipulate that the cases should be related. *See* Joint Stipulation to Relate Cases and [Proposed] Order filed herewith.

## I. THE ACTIONS CONCERN SUBSTANTIALLY THE SAME PARTIES, PROPERTY, TRANSACTION, OR EVENT.

The actions involve the same named defendants. *See* Lowe Decl., Exhs. 1 & 2. The actions also involve substantially the same transactions or events, primarily Defendants' failure to pay Mr. Caldwell and Mr. Kaiden the severance benefits alleged to be owed to them under the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy, as amended and restated effective August 8, 2014 (the "Plan") and Defendants' failure to provide documents alleged to be required to be produced as part of the ERISA claims process. *Ibid*. Defendants allege that Mr. Caldwell and Mr. Kaiden were properly terminated for "Cause" and are therefore not entitled to these Plan benefits, and that all documents required to be produced were provided to Mr. Caldwell and Mr. Kaiden during the ERISA claims process. *Ibid*. While the justifications proffered by Defendants for their "Cause" determinations diverge to some extent, in other ways they overlap. Thus, much of the evidence relevant to Mr. Caldwell's and Mr. Kaiden's claims overlap.[1]

---

[1] Mr. Caldwell and Mr. Kaiden both assert claims for benefits pursuant to ERISA

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

II. **IT IS LIKELY THERE WILL BE AN UNDULY BURDENSOME DUPLICATION OF LABOR AND EXPENSE OR CONFLICTING RESULTS IF THE CASES ARE CONDUCTED BEFORE DIFFERENT JUDGES.**

Because the matters concern the same Defendants and substantially the same transaction, legal claims, and theories, there will be an unduly burdensome duplication of labor and expense and possibly inconsistent results if the actions are adjudicated before different judges.  Therefore, relating the two actions will serve the interests of judicial economy and avoid the potential for conflicting results.

III. **CONCLUSION**

For the foregoing reasons, Mr. Caldwell requests that the Court issue an order relating the cases *Robert Kaiden v. Elon Musk, et al.*, Case No. 4:24-cv-03554-YGR and *Nicholas Caldwell v. Elon Musk, et al.*, Case No. 3:24-cv-02022-MMC.

DATED:  July 29, 2024

Respectfully submitted,

RUDY, EXELROD, ZIEFF & LOWE, LLP

By:  */s/ David A. Lowe*
    DAVID A. LOWE
    ZOË R. DEGEER
    *Attorneys for Plaintiff*
    *Nicholas Caldwell*

---

§ 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B) and failure to provide required materials pursuant to ERISA § 502(c), 29 U.S.C. § 1132(c).  Mr. Caldwell additionally asserts claims for interference with attainment of benefits pursuant to ERISA § 510, 29 U.S.C. § 1140, breach of contract, and breach of the implied covenant of good faith and fair dealing.  *See* Lowe Decl., Exhs. 1 & 2.