MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley (Bar No. 168181)
eric.meckley@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

Jeremy P. Blumenfeld (admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
Brian W. Sullivan (admitted *pro hac vice*)
brian.sullivan@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

MORGAN, LEWIS & BOCKIUS LLP
Christopher J. Boran (admitted *pro hac vice*)
christopher.boran@morganlewis.com
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

Abbey M. Glenn (Bar No. 267751)
abbey.glenn@morganlewis.com
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS CALDWELL,<br><br>　　　　　Plaintiff,<br>　　vs.<br>ELON MUSK, ET AL.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-02022-MMC<br><br>**DEFENDANTS' RESPONSE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

Defendants Elon Musk, X Corp., the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy, Lindsay Chapman, Brian Bjelde, and Dhruv Batura (collectively, "Defendants") hereby respond in support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related ("Motion"), Dkt. 45. Defendants support the relief sought in Plaintiff's Motion and, for the reasons discussed below, respectfully request that the Court grant the Motion.

Defendants submit that the action titled *Robert Kaiden v. Elon Musk, et al.*, Case No. 4:24-cv-03554-YGR, is related to *Nicholas Caldwell v. Elon Musk, et al.*, Case No. 3:24-cv-02022-MMC. "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). These elements are met here.

As stipulated by the parties, *see* Dkt. 45-1, the actions involve the same named defendants and substantially the same transactions or events. The actions relate to the terminations of both Plaintiffs, Mr. Caldwell and Mr. Kaiden, on or around the consummation of the Twitter merger. Both of the Plaintiffs allege that they are entitled to benefits under the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy ("Plan"). And both Plaintiffs allege that they were not provided documents that are purportedly required to be produced as part of the ERISA claims process. In both actions, Defendants contend that Mr. Caldwell and Mr. Kaiden were properly terminated for "Cause" under the Plan and are therefore not entitled to Plan benefits, and that they were both provided all of the documents required during the ERISA claims process.

Because the matters concern the same defendants, Plan, legal claims, and theories, it would be an unduly burdensome duplication of labor and expense and possibly inconsistent results if the actions are adjudicated before different judges. Therefore, Defendants respectfully submit that relating the two actions will serve the interests of judicial economy and avoid the potential for conflicting results.

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

- 1 -

DEFENDANTS' RESPONSE TO PLAINTIFF'S
ADMINISTRATIVE MOTION RE: RELATED CASES
CASE NO. 3:24-cv-01304-MMC

1 | Dated: August 2, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Christopher Boran*
　　Eric Meckley
　　Jeremy Blumenfeld (admitted *pro hac vice*)
　　Christopher Boran (admitted *pro hac vice*)
　　Abbey Glenn
　　Brian Sullivan (admitted *pro hac vice*)

*Attorneys for Defendants*

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

- 2 -

DEFENDANTS' RESPONSE TO PLAINTIFF'S
ADMINISTRATIVE MOTION RE: RELATED CASES
CASE NO. 3:24-cv-02022-MMC

# CERTIFICATE OF SERVICE

I, Christopher Boran, certify that on August 2, 2024, a copy of the foregoing Defendants' Response in Support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related Under Local Rules 3-12 and 7-11 was served on the following:

David A. Lowe
Zoë R. Degeer
Rudy Exelrod Zieff & Lowe LLP
351 California Street, Suite 700
San Francisco, CA 94104
dal@rezlaw.com
zrd@rezlaw.com
*Attorneys for Plaintiff Nicholas Caldwell*
(via ECF notification)

Chaya M. Mandelbaum
Rudy Exelrod Zieff & Lowe LLP
351 California Street, Suite 700
San Francisco, CA 94104
cmm@rezlaw.com
*Attorneys for Robert Kaiden*
(via email delivery)

District Judge Yvonne Gonzalez Rogers
Ronald V. Dellums Federal Building
& United States Courthouse
Office of the Clerk
1301 Clay Street, Oakland, CA 94612
(via FedEx)

                                                   */s/ Christopher Boran*
                                                   Christopher Boran

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

DEFENDANTS' RESPONSE TO PLAINTIFF'S
ADMINISTRATIVE MOTION RE: RELATED CASES
CASE NO. 3:24-cv-02022-MMC