DAVID A. LOWE (SBN: 178811)
dal@rezlaw.com
ZOË R. DEGEER (SBN: 298698)
zrd@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Tel: +1.415.434.9800

*Attorneys for Plaintiff*

ERIC MECKLEY (SBN: 168181)
eric.meckley@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: +1.415.442.1000

JEREMY P. BLUMENFELD
(admitted *pro hac vice*)
jeremy.blumenfeld@morganlewis.com
BRIAN W. SULLIVAN
(admitted *pro hac vice*)
brian.sullivan@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3007
Tel: +1.215.963.5000

CHRISTOPHER J. BORAN
(admitted *pro hac vice*)
christopher.boran@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606-1511
Tel: +1.312.324.1000

ABBEY M. GLENN (SBN: 267751)
abbey.glenn@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000

*Attorneys for Defendants*

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NICHOLAS CALDWELL,

Plaintiff,

vs.

ELON MUSK; X CORP., f/k/a TWITTER, INC.; TWITTER, INC. CHANGE OF CONTROL AND INVOLUNTARY TERMINATION PROTECTION POLICY; LINDSAY CHAPMAN; BRIAN BJELDE; DHRUV BATURA; and DOES 1-20, inclusive,

Defendants.

_______________________________________/

Case No. 3:24-cv-02022-MMC

**STIPULATION OF DISMISSAL [FRCP 41(a)] AND [PROPOSED] ORDER OF DISMISSAL**

Judge: Hon. Maxine M. Chesney

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nicholas Caldwell ("Plaintiff") and Defendants Elon Musk, X Corp., the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy, Lindsay Chapman, Brian Bjelde, and Dhruv Batura (collectively "Defendants") by and through their counsel of record, hereby stipulate and agree to dismiss Plaintiff's claims against Defendants and all claims in this action with prejudice. The parties further stipulate they will bear their own costs, expenses and attorneys' fees for this action.

DATED: August 11, 2025

RUDY, EXELROD, ZIEFF & LOWE, LLP

By: /s/ Zoë R. DeGeer
DAVID A. LOWE
ZOË R. DEGEER

*Attorneys for Plaintiff*
*Nicholas Caldwell*

DATED: August 11, 2025

MORGAN LEWIS & BOCKIUS, LLP

By: /s/ Christopher Boran
CHRISTOPHER BORAN
ERIC MECKLEY
JEREMY BLUMENFELD
ABBEY M. GLENN
BRIAN W. SULLIVAN
DYLAN RUDOLPH

*Attorneys for Defendants*
*Elon Musk; X Corp., f/k/a Twitter, Inc.; Change of Control and Involuntary Termination Protection Policy; Lindsay Chapman; Brian Bjelde; and Dhruv Batura*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: August 11, 2025

/s/ Zoë R. DeGeer
ZOË R. DEGEER

RUDY EXELROD ZIEFF & LOWE LLP
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO, CALIFORNIA 94104
PH (415) 434-9800 | FX (415) 434-0513 | www.rezlaw.com

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS ORDERED THAT this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: ________________

______________________________
THE HONORABLE MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE OF THE
UNITED STATES DISTRICT COURT